Eastern District of Kentucky
FILED

JUN 2 5 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-CR-092-REW

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANTS**

**MICHAEL COLLINS,**
**KEYSHUNDRA VINSON,**
**ANTHONY JACKSON, and**
**RODNEY COUCH** **DEFENDANTS**

* * * * *

The United States moves for the issuance of arrest warrants for the presence of the Defendants, **MICHAEL COLLINS, KEYSHUNDRA VINSON, ANTHONY JACKSON, and RODNEY COUCH,** returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By: ______________________

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov